UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-20-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SIRONDA LAVYREE SANDERS, | ) | |
| Defendant. | ) | |

This matter is before the court on Sironda Lavyree Sanders' Motion for Certificate of Appealability [DE-38] concerning this court's order [DE-37] of September 4, 2012.

I, James C. Fox, Senior United States District Judge for the Eastern District of North Carolina, having entered an order [DE-37] denying the application for relief pursuant to 28 U.S.C. § 2255 from which Sanders requests an appeal, am of the opinion that Sanders has failed to make a substantial showing of the denial of a constitutional right, and that no reasonable jurist would find this court's assessment of her constitutional claims debatable.

Therefore, it is ORDERED that Sironda Lavyree Sanders' Motion for Certificate of Appealability [DE-38] is DENIED.

SO ORDERED.

This, the 24th day of October, 2012.

*[signature]*
JAMES C. FOX
Senior United States District Judge