UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-20-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SIRONDA LAVYREE SANDERS, | ) | |
| Defendant. | ) | |

This matter is before the court on Sanders' letter motion for home confinement. Sanders requests that the court order that she be allowed to serve the remainder of her prison sentence in home confinement. Once a sentence is imposed, the sentencing court is generally without authority to alter a sentence, except in extremely limited circumstances. Sanders' completion of courses in prison, while salutary, is not one of those circumstances. Nothing in this order prevents Sanders from pursuing her request for home confinement through the Bureau of Prisons' administrative channels. In general, the Bureau of Prisons has the sole authority regarding placement of a Defendant in a particular level of confinement. *See* 18 U.S.C. § 3621(b). Sanders' letter motion [DE-46] is DENIED.

SO ORDERED.

This the 20 day of March, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge