UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-20-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SIRONDA LAVYREE SANDERS, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion for Reduction Sentence [DE-43] and the Defendant's objection to the United States Probation Office's Proposed Order regarding Motion For Sentence Reduction. For the reasons stated in *United States v. Black*, __ F.3d __ (4th Cir. 2013), *available at* 2013 WL 6354142, which the court adopts herein, the motion is DENIED without prejudice to raise the issue again if *Black* is reversed by the Fourth Circuit sitting *en banc* or the United States Supreme Court. A separate order filed contemporaneously will explain why Sanders is otherwise ineligible for relief under 18 U.S.C. § 3582(c). All of Sanders pro se motions related to her sentence reduction are denied for the same reason—she is not eligible for the relief requested. This includes the motions at docket entries 30, 40, 41, and 43. The motion to appoint counsel [DE-29] is DENIED as moot.

SO ORDERED.

This the 1st day of April, 2014.

JAMES C. FOX
Senior United States District Judge