UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-20-1F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SIRONDA LAVYREE SANDERS, ) | |
| Defendant. ) | |

This matter is before the court on the Defendant's pro se letter motion [DE-66], which the court construes as a motion to expedite ruling on Sanders's motion to vacate her conviction and sentence under 28 U.S.C. § 2255. Sanders indicates that her Rule 35 motion for reduction of sentence cannot be ruled on until her § 2255 petition is resolved. This is not a reason to expedite consideration of her § 2255 motion and her letter motion is DENIED. Sanders is informed that the court receives numerous § 2255 motions from prisoners throughout the BOP system and many prisoners have been waiting over a year for resolution of their claims.

SO ORDERED.

This the 25 day of July, 2014.

James C. Fox
JAMES C. FOX
Senior United States District Judge