# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Sironda Lavyree Sanders<br><br>Date of Original Judgment: June 7, 2010<br>Date of Previous Amended Judgment: September 30, 2014<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No: 5:09-CR-20-1F<br>)<br>)  USM No: 52001-056<br>)<br>)  Debra C. Graves<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   [✓]**DENIED.**   [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The offense level resulted from application of the career offender guideline.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated June 7, 2010, and September 30, 2014, shall remain in effect. **IT IS SO ORDERED.**

Order Date:  1/7/15                                                *James C. Fox*
                                                                                    Judge's signature

Effective Date: _____                     James C. Fox    Senior U.S. District Judge
   *(if different from order date)*                                    Printed name and title

EDNC Rev. 11/8/2011