IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-00020-F-1
No. 5:15-CV-00116-F

| SIRONDA LAVYREE SANDERS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) | ORDER
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

Having examined Petitioner's motion pursuant to Rule 4(b) of the Rules Governing §

2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule

5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the

above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days

of the filing of this order.

SO ORDERED.

This _2 3_ day of March, 2015.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE