IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-00020-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SIRONDA LAVYREE SANDERS, | ) | |
| Defendant. | ) | |

This matter is before the court on Sironda Lavyree Sanders' Motion for Reconsideration Post-Sentencing Rehabilitation Programming [DE-98]. In her motion, Sanders requests a reduction in her sentence based on the rehabilitation programs she has completed while incarcerated.

In support of her claim for a sentence reduction, Sanders cites to *Pepper v. United States*, 131 S.Ct. 1229 (2011). *Pepper* held that "when a defendant's sentence has been set aside on appeal and his case remanded for resentencing, a district court may consider evidence of a defendant's rehabilitation since his prior sentencing and that such evidence may, in appropriate cases, support a downward variance from the advisory Guidelines range." 131 S.Ct. at 1241. In this case, *Pepper* is not applicable because Defendant's sentence has not been set aside.

In light of the foregoing, Sanders' Motion for Reconsideration Post-Sentencing Rehabilitation Programming [DE-98] is DENIED.

SO ORDERED.

This, the 27 day of May, 2015.

James C. Fox
JAMES C. FOX
Senior United States District Judge