IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-20-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SIRONDA LAVYREE SANDERS | ) | |

This matter is before the court on Defendant Sironda Lavyree Sanders's *pro se* Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and in Conjunction with the Minus Two Drug Amendment (782) [DE-102]. The defendant previously raised the same arguments and supporting case law in her Motion for Reconsideration Post-Sentencing Rehabilitation Programming [DE-98], which the court denied on May 27, 2015. *See* Order of May 27, 2015 [DE-101]. The same reasoning still applies. The defendant's motion [DE-102] is DENIED.

SO ORDERED.

This, the 12 day of August, 2015.

_____
JAMES C. FOX
Senior United States District Judge