UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Sironda Lavyree Sanders                 Docket No. 5:09-CR-20-1F

### Petition for Action on Supervised Release

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sironda Lavyree Sanders, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess With the Intent to Distribute 50 Grams or More of Cocaine Base (Crack), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on June 07, 2010, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On September 30, 2014, Sironda Lavyree Sanders' sentence was reduced by the court, pursuant to a Rule 35 Motion filed by the government, from 120 months to 90 months. Sanders was released from custody on May 26, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 2, and June 13, 2016, the defendant tested positive for cocaine. Although she denied using the substance, she admitted being in close proximity to the substance. As a result, we have referred her to First Step Services for a substance abuse assessment and are recommending a 2-day jail sanction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                       I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller                               /s/Erica W. Foy
Jeffrey L. Keller                                    Erica W. Foy
Supervising U.S. Probation Officer           U.S. Probation Officer
                                                            310 New Bern Avenue, Room 610
                                                            Raleigh, NC 27601-1441
                                                            Phone: 919-861-8665
                                                            Executed On: August 09, 2016

Sironda Lavyree Sanders
Docket No. 5:09-CR-20-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____11____ day of ____August____, 2016, and ordered filed and made a part of the records in the above case.

_James C Fox_
James C. Fox
Senior U.S. District Judge